```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
          EASTERN DIVISION
```

EDWARD JAMES HOPSON                                              PLAINTIFF

VS.                                   CIVIL ACTION NO. 4:08CV119TSL-LRA

MIKE VICK, FORMER CHIEF DEPUTY                                  DEFENDANTS
DAN ANGERO

## JUDGMENT

Pursuant to the memoranda opinion and order entered this day, it is hereby ORDERED AND ADJUDGED that the complaint of Edward James Hopson is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 7th day of May, 2009.


                                      /s/Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE